**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| KIM ARMSTRONG, | ) | No. CV 12-7060-CW |
| Plaintiff, | ) ) | JUDGMENT |
| v. | ) ) | |
| CAROLYN W. COLVIN, Acting Commissioner, Social Security Adminstration, | ) ) ) ) | |
| Defendant. | ) ) | |

**IT IS ADJUDGED** that this action is remanded to defendant for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Decision and Order.

DATED: July 8, 2013

*Carla M. Woehrle*
CARLA M. WOEHRLE
United States Magistrate Judge