UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM ARMSTRONG,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner Of Social Security,<br><br>    Defendant. | No. CV 12-7060 CW<br><br>[PROPOSED] ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of ONE THOUSAND FIVE HUNDRED FOURTY SEVEN DOLLARS AND 96/100 ($1,547.96) subject to the terms of the stipulation.

DATE: September 23, 2013      _____
                                    HON. CARLA M. WOEHRLE
                                    UNITED STATES MAGISTRATE JUDGE

-1-